**PERKINS**coie

1155 Avenue of the Americas
22nd Floor
New York, NY 10036-2711

T +1.212.262.6900
F +1.212.977.1649
PerkinsCoie.com

April 7, 2022

Adam R. Mandelsberg
AMandelsberg@perkinscoie.com
D. +1.212.261.6867
F. +1.212.399.8067

**VIA ECF**

Hon. Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 11C South
Brooklyn, NY 11201

**Re:** *Stephanie Henry v. Campbell Soup Company*, **Case No. 1:22-cv-431-LDH-PK**

Dear Magistrate Judge Kuo:

We represent Defendant Campbell Soup Company ("Campbell") in the above-captioned matter, and respectfully submit this letter, pursuant to Your Honor's Individual Practice Rule III(C), to request a four-week adjournment, to May 26, 2022, of the initial conference presently scheduled for April 28, 2022, and a corresponding adjustment of associated pre-conference deadlines. The present request follows Campbell's filing of a letter motion addressed to the Honorable LaShann DeArcy Hall requesting a pre-motion conference in anticipation of filing a motion to dismiss the Complaint (Dkt. No. 18), which remains pending.

Counsel for Plaintiff Stephanie Henry consented to the present request, which constitutes the first request for an adjournment of the initial conference. The present request will not affect any other scheduled dates.

We thank Your Honor for your consideration.

Respectfully submitted,

*/s/ Adam R. Mandelsberg*
Adam R. Mandelsberg

cc: All parties via ECF