UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stephanie Henry, individually and on behalf of all other similarly situated,, <br><br> Plaintiff, <br><br> -against- <br><br> Campbell Soup Company, <br><br> Defendant. | Case No. 1:22-cv-00431-LDH-PK <br><br> **[PROPOSED] ORDER GRANTING PRO HAC VICE ADMISSION OF CHARLES C. SIPOS** |

The motion of Charles C. Sipos for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of Washington; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Charles C. Sipos |
| Firm Name: | Perkins Coie LLP |
| Address: | 1201 Third Avenue, Suite 4900 |
| City / State / Zip: | Seattle, WA 98101 |
| Telephone / Fax: | (206) 359-8000 / (206) 359-9000 |
| Email: | CSipos@perkinscoie.com |

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for defendant Campbell Soup Company in the above-entitled action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Eastern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____

156067713.1